UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONDA KAY HUTCHINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CV00978 AGF/DDN |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge David D. Noce, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On August 27, 2014, Magistrate Judge Noce filed a Report and Recommendation, recommending that the Court affirm the decision of the Commissioner to deny Plaintiff's application for disability insurance benefits under Title II of the Social Security Act. Neither party has filed objections to the Report and Recommendation, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

                                                                        AUDREY G. FLEISSIG  
                                                                         UNITED STATES DISTRICT JUDGE

Dated this 16th day of September, 2014.